**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-7529

---

GREGORY FLINT TAYLOR,

Petitioner - Appellant,

versus

JOE HAMILTON, Secretary, North Carolina De-
partment of Correction; LYNN PHILLIPS, Direc-
tor of Prisons; MICHAEL BUMGARNER, Superin-
tendent, Nash Correctional Center; MICHAEL
EASLEY, Attorney General of North Carolina;
STATE OF NORTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-99-149-5-H)

---

Submitted:  March 22, 2001          Decided:  March 28, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Thomas Franklin Loflin, III, LOFLIN & LOFLIN, Durham, North Caro-
lina, for Appellant.  Diane Appleton Reeves, NORTH CAROLINA DEPART-
MENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory Flint Taylor appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Taylor v. Hamilton, No. CA-99-149-5-H (E.D.N.C. Sept. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2